## STEPHEN DOWNING, SR., *versus* JEAN BAPTISTE CICOTT

JOURNAL ENTRIES (1819–24): *Journal 2:* (1) Transcript of record filed *p. 643; (2) appearance, rule to declare, continued *p. 720. *Journal 3:* Continued *p. 87; (4) default judgment *p. 232; (5) motion to set aside judgment *p. 400; (6) motion to show cause against setting aside supersedeas *p. 487; (7) supersedeas set aside *p. 500; (8) motion to set aside judgment overruled *p. 503.

PAPERS IN FILE: (1) Precipe for execution fi. fa.; (2) bill of costs; (3) writ of fi. fa. and return; (4) writ of ca. sa.; (5) affidavit for supersedeas; (6) writ of supersedeas; (7) motion to show cause against setting aside supersedeas; (8) precipe for execution ca. sa.; (9) writ of ca. sa. and return.

*Office Docket,* MS p. 88, c. 29. (Case 32 of 1820) Recorded in *Book A,* MS pp. 223–27.

## HENRY B. BREVOORT *versus* JONATHAN EASTMAN

JOURNAL ENTRIES (1819): *Journal 2:* (1) Transcript of record filed *p. 643; (2) appearances *p. 667; (3) appearance, motion to quash writs of habeas corpus and certiorari granted, reasons, procedendo ordered *p. 686.

PAPERS IN FILE: [None]

*Office Docket,* MS p. 90, c. 34.